**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KASHMIR DENNIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5731** |
| | : | |
| **CORRECTIONAL OFFICER HEADS,** | : | |
| **CORRECTIONAL OFFICER KILSON,** | : | |
| **and CORRECTIONAL OFFICER** | : | |
| **HENRY** | | |

## <u>ORDER</u>

**AND NOW**, this 3rd day of December 2025, upon considering Defendants City of Philadelphia's and Officer Kilson's partial Motion to dismiss (ECF 12), Plaintiff's Opposition (ECF 13), Defendants City's and Officer Kilson's Reply (ECF 14), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** the City's and Officer Kilson's partial Motion to dismiss (ECF 12) requiring we:

1.    **DISMISS** Count II seeking to impose municipal liability upon the City without prejudice to be renewed with specific facts consistent with our Order following an initial pretrial conference and **amend** the caption as above; and,

2.    **GRANT:**

a.    Officer Kilson leave to Answer the amended Complaint (ECF 10) by no later than **December 17, 2025**; and,

b.    Plaintiff leave to, on or before **December 11, 2025**, either: file the affidavits confirming service upon Correctional Officers Heads and Henry or a memorandum not exceeding five pages describing his diligent efforts to effect service and explaining the lack of service to date.

_____

**KEARNEY, J.**