**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KASHMIR DENNIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5731** |
| | : | |
| **CORRECTIONAL OFFICER HENRY** | : | |
| **and CORRECTIONAL OFFICER T.** | : | |
| **BROWN** | : | |

## ORDER

**AND NOW**, this 26th day of May 2026, upon considering Defendants' Motion for partial summary judgment (ECF 66) only as to Plaintiff's intentional infliction of emotional distress claim filed consistent with our April 16, 2026 Order (ECF 59) and the parties' Stipulation (ECF 64) as approved by our May 15, 2026 Order (ECF 65), no Opposition, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.    **GRANT** Defendants' Motion (ECF 66) requiring we dismiss Plaintiff's claim for intentional infliction of emotional distress;

2.    **DISMISS** all claims against Correctional Officer W. Hall and Lieutenant Sampson; and,

3.    **AMEND** the caption as above to reflect dismissal of Correctional Officer W. Hall and Lieutenant Sampson.

_____
**KEARNEY, J.**